**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re

WINDSTREAN HOLDINGS INC., et al.,
                Debtors.
-----------------------------------------------------------X
GLM DFW, Inc.,

                Appellant,          19 **CIVIL** 4854 (CS)

       -against-              **JUDGMENT**

WINDSTREAM HOLDINGS, INC., et al.,
                Appellees.
-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 3, 2020, the Bankruptcy Court's Final Order is affirmed in all respects; accordingly, this case is closed.

**Dated:** New York, New York
       April 7, 2020

                                          **RUBY J. KRAJICK**
                                          _____
                                            **Clerk of Court**
            **BY:**
                                            _____
                                            **Deputy Clerk**